# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 98 EM 2014
:
               Respondent     :
:
:
:
           v.              :
:
:
:
JONATHAN T. MOORE,        :
:
               Petitioner      :

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of September, 2014, in response to the "Petition for Reconsideration of Order Ruling Extension of Time to File Allocatur Petition," the Court notes that counsel negligently failed to file a Petition for Allowance of Appeal following the Court's repeated grants of <u>nunc pro tunc</u> relief. The matter is now **REMANDED** to the Court of Common Pleas of Philadelphia County to appoint new counsel within 45 days of this order. Newly-appointed counsel is directed to file a Petition for Allowance of Appeal within 60 days of appointment.